## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-761-524

**Effective date of
registration:**

February 8, 2011

---

## Title

Title of Work: Vincent Scott Tylor Hawaii - 2006

## Completion/Publication

Year of Completion: 2006

Date of 1st Publication: November 23, 2006      Nation of 1st Publication: United States

## Author

Author: Vincent Scott Tylor

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States      Domiciled in: United States

## Copyright claimant

Copyright Claimant: Vincent Scott Tylor

P.O.Box 510164, Kealia, HI, 96751, United States

## Rights and Permissions

Name: Vincent Scott Tylor

Email: scottetylor@gmail.com      Telephone: 808-823-1263

## Certification

Name: Glen Carner

Date: February 8, 2011

---

# EXHIBIT  B