**Vincent Khoury Tylor's "A-08 Golf Hawaii"**



**Aqua Hotels & Resorts Pinterest Page** Screen Capture



# EXHIBIT C

## Vincent Khoury Tylor's "K-06-B Wailua Falls Rainbow"



## Aqua Hospitality Facebook Page  Screen Capture



## Kauai Sands Hotel  Screen Capture



**Vincent Khoury Tylor's "M-05 Kihei Beach"**



**<u>Aqua Hotels & Resorts Pinterest Page</u>  Screen Capture**



**Vincent Khoury Tylor's "M-07 Windsurfers"**



**Aqua Hotels & Resorts Pinterest Page  Screen Capture**



**Vincent Khoury Tylor's "M-11 7 Pools Waterfalls"**



**Aqua Hotels & Resorts Pinterest Page** Screen Capture



**Vincent Khoury Tylor's "M-16 Maui Tropical Plantation"**



**Aqua Hotels & Resorts Pinterest Page** Screen Capture



**Vincent Khoury Tylor's "M-24 Black Beach rocks"**



**Aqua Hotels & Resorts Pinterest Page** Screen Capture



**Vincent Khoury Tylor's "M24-C Black Sand Beach"**



**Aqua Hotels & Resorts Pinterest Page** Screen Capture



**Vincent Khoury Tylor's "O-05 Chinamans Hat"**



**Aqua Hotels & Resorts Pinterest Page** Screen Capture



**Vincent Khoury Tylor's "O-06 Hanauma Bay Wide"**



**Aqua Hospitality Facebook Page  Screen Capture**



**Vincent Khoury Tylor's "O-08 Waikiki from Top of DiamondHead"**



**Aqua Hotels & Resorts Pinterest Page** Screen Capture



**Vincent Khoury Tylor's "O-22 Kaneohe Fish Pond"**



**Aqua Hotels & Resorts Pinterest Page** Screen Capture

