Vincent Scott Tylor's "Chinamans Hat02"



**Aqua Hotels & Resorts Pinterest Page** Screen Capture



# EXHIBIT D

Vincent Scott Tylor's "Venice Falls, Maui-1"



Aqua Hotels & Resorts Pinterest Page  Screen Capture

