**CHEE MARKHAM & FELDMAN**
Attorneys At Law

**GREGORY K. MARKHAM**  (3453-0)
**KEITH K. KATO**  (5320-0)
2700 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115

Attorneys for Defendant
**AQUA HOTELS & RESORTS, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR, <br><br> Plaintiffs, <br><br> vs. <br><br> AQUA HOTELS & RESORTS, LLC, Hawaii Limited Liability Company, dba AQUA HOSPITALITY; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE ASSOCIATIONS 1-10, <br><br> Defendants. | CIVIL NO. CV13-00433 LEK BMK <br> (Copyright Infringement) <br><br> **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AQUA HOTELS & RESORTS, LLC dba AQUA HOSPITALITY; CERTIFICATE OF SERVICE** |

# CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AQUA HOTELS & RESORTS, LLC dba AQUA HOSPITALITY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant AQUA HOTELS & RESORTS, LLC (hereinafter referred to as "Defendant") hereby discloses that AQUA HOSPITALITY is a Delaware based company and is doing business as AQUA HOTELS AND RESORTS.

DATED: Honolulu, Hawaii, September 19, 2013.

GREGORY K. MARKHAM
KEITH K. KATO
Attorneys for Defendant
**AQUA HOTELS & RESORTS, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>AQUA HOTELS & RESORTS, LLC, Hawaii Limited Liability Company, dba AQUA HOSPITALITY; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | ) CIVIL NO. CV13-00433 LEK<br>) BMK<br>) (Copyright Infringement)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>) [CORPORATE DISCLOSURE<br>) STATEMENT OF DEFENDANT<br>) AQUA HOTELS & RESORTS,<br>) LLC dba AQUA HOSPITALITY]<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been duly served upon the following parties at their last known address via the means and on the date indicated below.

**J. STEPHEN STREET, ESQ.**                               ECF
134 Maono Place
Honolulu, Hawaii 96821

**DANE ANDERSON, ESQ.**                                   ECF
P.O. Box 1621
Honolulu, Hawaii 96806

Attorney for Plaintiffs
**VINCENT KHOURY TYLOR and**
**VINCENT SCOTT TYLOR**

1

Dated: Honolulu, Hawaii, 9/19/13.

_____
**GREGORY K. MARKHAM**
**KEITH K. KATO**

Attorneys for Defendant
**AQUA HOTELS & RESORTS, LLC**