# MINUTES

CASE NUMBER:         CV 13-00433LEK-BMK

CASE NAME:           Vincent Khoury Tylor, et al. v. Aqua Hotels & Resorts, LLC, et al.,

ATTYS FOR PLA:       J. Stephen Street
                     Dane K. Anderson

ATTYS FOR DEFT:      Gregory K. Markham
                     Paul Maki

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | In Chambers, no record |
|---|---|---|---|
| DATE: | 1/9/2014 | TIME: | 1:30-3:00PM |

COURT ACTION:  EP:  Settlement Conference held.  Settlement Reached.  A Stipulation for Dismissal is due by 2/8/14.

Submitted by kur1, law clerk.