J. STEPHEN STREET    1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:    jsstreet@ip-law-hawaii.com

DANE ANDERSON    9349-0
Attorney at Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:    (808) 285-4760
E-mail:    dane@andersonlawhawaii.com

Attorneys for Plaintiffs
VINCENT KHOURY TYLOR
and VINCENT SCOTT TYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>     Plaintiffs,<br><br>   vs.<br><br>AQUA HOTELS & RESORTS, LLC, a Hawaii Limited Liability Company, dba AQUA HOSPITALITY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>     Defendants. | CIVIL NO. CV13-00433 LEK-BMK<br>(Copyright Infringement; Digital Millennium Copyright Act Violation)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS

Plaintiff VINCENT KHOURY TYLOR, Plaintiff VINCENT SCOTT TYLOR, and Defendant AQUA HOTELS & RESORTS, LLC, a Hawaii Limited Liability Company, dba AQUA HOSPITALITY hereby stipulate to a dismissal with prejudice of the Complaint, filed August 28, 2013, in this action and all claims as to all parties alleged therein pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure due to settlement between and among the parties.

There are no remaining parties or claims in this action, and each party is to bear his/its own attorneys fees and costs.

DATED:    Honolulu, Hawai`i, <u>January 28, 2014</u>.


/s/ J. Stephen Street_____          /s/ Gregory K. Markham_____
J. STEPHEN STREET                        GREGORY K. MARKHAM
DANE ANDERSON                            KEITH K. KATO
Attorneys for Plaintiffs                 Attorneys for Defendant
VINCENT KHOURY TYLOR                     AQUA HOTELS & RESORTS, LLC
and VINCENT SCOTT TYLOR


APPROVED AS TO FORM:



 /s/ Leslie E. Kobayashi_____
Leslie E. Kobayashi
United States District Judge